# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Christopher D. Hall,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:18-cv-00107-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Dennis Daniels,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2018 Order.

July 19, 2018

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court